# Court of Appeals
# of the State of Georgia

ATLANTA, May 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0748. HERMAN DEREK FREEMAN v. THE STATE.

Herman Derek Freeman appeals from his felony convictions for aggravated child molestation and other crimes, arguing that, inter alia, the trial court erred in admitting certain other acts evidence and his counsel was ineffective in failing to object to that evidence. Our review of the record indicates that a pre-trial hearing regarding other acts evidence occurred on May 19, 2021. However, the May 19, 2021 transcript is not a part of the record on appeal, despite Freeman designating "all pre-trial, trial, and post-trial transcripts and exhibits" to be included in the record. See generally OCGA § 5-6-41(a) (providing that all proceedings in felony cases shall be reported).

Pursuant to OCGA § 5-6-48(d), either with or without a motion, this Court shall

> require the trial court to make corrections in the record or transcript or certify what transpired below which does not appear from the record on appeal, require that additional portions of the record or transcript of proceedings be sent up, or require that a complete transcript of evidence and proceedings be prepared and sent up, or take any other action to perfect the appeal and record so that the appellate court can and will pass upon the appeal and not dismiss it.

Accord *Galardi v. Steele-Inman*, 259 Ga. App. 249, 249 (576 SE2d 555) (2002). Thus, we hereby remove this case from the appeal docket and REMAND it to the trial court

to complete the record to include the May 19, 2021 transcript.

Once the completed transcript or a suitable substitute under OCGA § 5-6-41(h) or (j) is on file with the trial court, and the trial court has entered an order stating that the record is complete or that it cannot be completed, Freeman shall have 30 days from the date of that order to refile his notice of appeal, and thereafter the case with the complete record may be transmitted to the Court of Appeals for redocketing. See *Galardi*, 259 Ga. App. at 250.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/06/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*